*This opinion will be unpublished and may not be cited except as provided by Minn. Stat. § 480A.08, subd. 3 (2014).*

**STATE OF MINNESOTA
IN COURT OF APPEALS
A16-0218**

Anoka County Record, LLC,
Appellant,

vs.

City of Fridley, Minnesota,
Respondent.

**Filed August 29, 2016
Affirmed
Reyes, Judge**

Anoka County District Court
File No. 02CV153537

Carl A. Blondin, Oakdale, Minnesota (for appellant)

Ryan M. Zipf, League of Minnesota Cities, St. Paul, Minnesota (for respondent)

Considered and decided by Bratvold, Presiding Judge; Halbrooks, Judge; and Reyes, Judge.

## UNPUBLISHED OPINION

**REYES**, Judge

Appellant challenges the district court's rule-12.02(e) dismissal of its claims arising out of respondent's rejection of appellant's bid to be respondent's official newspaper for 2013 and 2015. Because no facts would support granting the relief demanded by appellant, we affirm.